Name: Aaron Greenspan, Think Computer Corp.
Address: 3260 Hillview Avenue
Palo Alto, CA 94304-1226
Phone Number: +1 415 670 9350
E-mail Address: legal@thinkcomputer.com
*Pro Se*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Think Computer Corporation,

    Plaintiff,

vs.

ROBERT VENCHIARUTTI, California DFI; WILLIAM HARAF, California DFI; TRACI STEVENS, California BTH; JACOB A. APPELSMITH, California Governor's Office; EDMUND G. BROWN, JR., California Governor; and KAMALA HARRIS, Attorney General of California,

    Defendants.

Case Number: CV 11-05496 HRL

MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

Judge _____

    As the (*Plaintiff/Defendant*) Plaintiff _____ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
3. I have regular access to the technical requirements necessary to e-file successfully:

   - [✔] A computer with internet access;
   - [✔] An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - [✔] A scanner to convert documents that are only in paper format into electronic files;
   - [✔] A printer or copier to create to create required paper copies such as chambers copies;
   - [✔] A word-processing program to create documents; and
   - [✔] A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: November 14, 2011      Signature: _____