Michael Brooks Carroll (Bar #54904)
Kevin A. Flautt (Bar #257892)
LAW OFFICES OF MICHAEL BROOKS CARROLL
300 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 788-7600
Facsimile: (415) 421-7379

Attorneys for Plaintiff
THINK COMPUTER CORPORATION

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Division

| THINK COMPUTER CORPORATION, | Case No. CV11-05496 |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF THINK COMPUTER CORPORATION |
| v. | |
| ROBERT VENCHIARUTTI, in his official capacity as Deputy Commissioner of the California Department of Financial Institutions; WILLIAM HARAF, in his official capacity as Commissioner of the California Department of Financial Institutions; TRACI STEVENS, in her official capacity as Acting Secretary of the California Business, Transportation and Housing Agency; JACOB A. APPELSMITH, in his official capacity as Senior Advisor to the Governor of the STATE OF California; EDMUND G. BROWN, JR. in his official capacity as Governor of the State of California; and KAMALA HARRIS, in her official capacity as Attorney General of the State of California, | |
| Defendants. | |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE: that effective as of January 3, 2012, the Law Offices of Michael Brooks Carroll has been engaged as attorneys by Plaintiff Think Computer Corporation, and hereby does enter its appearance as attorneys of record. Accordingly, please direct all future correspondence to counsel at:

Michael Brooks Carroll, Esq.
Law Offices of Michael Brooks Carroll
300 Montgomery Street, Suite 650
San Francisco, CA 94104
carroll_law@sbcglobal.net
(415) 788-7600

Dated: January 3, 2012

LAW OFFICES OF
MICHAEL BROOKS CARROLL

By: Kevin A. Flautt, Esq.,
Attorneys for Plaintiff
THINK COMPUTER CORPORATION

Case5:11-cv-05496-HRL   Document12   Filed01/03/12   Page3 of 3

Proof of Service<br>By US Mail

I, Kevin A. Flautt, declare:

I am a citizen of the United States, am over the age of eighteen years, am not a party to or interested in the within entitled action. My business address is 300 Montgomery Street, Suite 650, San Francisco CA 94104.

On January 3, 2012, I served the following:

- **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF THINK COMPUTER CORPORATION**

By First Class Mail, by placing a true copy thereof enclosed in a seal envelope with the United States Postal Service in San Francisco, California, addressed as follows:

Peter Southworth, Esq.
Supervising Deputy Attorney General
California Attorney General's Office
Government Law Section
1300 I Street, 17th Floor
Sacramento, CA 95814
Attorneys for Defendants

Think Computer Corporation
3260 Hillview Avenue
Palo Alto, CA 94304-1226
Plaintiff

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Proof of Service was executed on January 3, 2012.

Kevin Flautt