1  KAMALA D. HARRIS
   Attorney General of California
2  PETER SOUTHWORTH
   Supervising Deputy Attorney General
3  State Bar No. 160522
    1300 I Street, Suite 125
4   P.O. Box 944255
    Sacramento, CA 94244-2550
5   Telephone: (916) 445-1685
    Fax: (916) 324-8835
6   E-mail: Peter.Southworth@doj.ca.gov

7  *Attorneys for All Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Think Computer Corporation ,** | 5:11-cv-05496-HRL |
| Plaintiff, | **Unopposed Motion for Administrative Relief (to Continue Case Management Conference)** |
| v. | Current Date: January 10, 2012 |
| **ROBERT VENCHIARUTTI, in his official capacity as Deputy Commissioner of the California Department of Financial Institutions; WILLIAM HARAF, in his official capacity as Commissioner of the California Department of Financial Institutions; TRACI STEVENS, in her official capacity as Acting Secretary of the California Business, Transportation and Housing Agency; JACOB A. APPELSMITH, in his official capacity as Senior Advisor to the Governor of the State of California; EDMUND G. BROWN, JR., in his official capacity as Governor of the State of California; and KAMALA HARRIS, in her official capacity as Attorney General of the State of California,** | Time: 1:30 pm<br>Courtroom: 2<br>Judge   The Honorable Howard R. Lloyd<br>Trial Date: Not Set<br>Action Filed: November 14, 2011 |
| Defendants. | |

1

Motion to Continue CMC (5:11-cv-05496-HRL)

1  Defendants ROBERT VENCHIARUTTI, in his official capacity as Deputy Commissioner
2  of the California Department of Financial Institutions, WILLIAM HARAF, in his official
3  capacity as Commissioner of the California Department of Financial Institutions, TRACI
4  STEVENS, in her official capacity as Acting Secretary of the California Business, Transportation
5  and Housing Agency, JACOB A. APPELSMITH, in his official capacity as Senior Advisor to the
6  Governor of the State of California, EDMUND G. BROWN, JR., in his official capacity as
7  Governor of the State of California, and KAMALA HARRIS, in her official capacity as Attorney
8  General of the State of California (collectively, the "State Defendants") hereby file this
9  unopposed motion for administrative relief pursuant to Local Rules 7-11 and 16-2(d) to continue
10 the initial Case Management Conference (CMC) and associated dates.

11 The State Defendants move to continue the initial CMC from January 10 to January 31,
12 2012.  Counsel for the State Defendants has spoken with Michael Brooks Carroll, Esq, who will
13 be filing a notice of appearance in this action for plaintiff Think Computer Corporation, and Mr.
14 Carroll indicated plaintiff was not opposed to this short continuance.

15 This application is supported by the attached Memorandum of Points and Authorities and
16 Certification of Counsel.

17 Dated:  January 3, 2012                              Respectfully submitted,

18                                                      KAMALA D. HARRIS
                                                        Attorney General of California
19                                                      PETER SOUTHWORTH
                                                        Supervising Deputy Attorney General
20

21
                                                        /s
22                                                      PETER SOUTHWORTH
                                                        Supervising Deputy Attorney General
23                                                      *Attorneys for All Defendants*

24

25                    **MEMORANDUM OF POINTS AND AUTHORITIES**
26                    <u>Basis for Continuance/Certification Re: Lack of Opposition</u>

27 On November 14, 2011, the President of plaintiff Think Computer Corporation filed a
28 complaint in this matter against the State Defendants.  After plaintiff's efforts to serve summons

and complaint on the various defendant state officials, counsel for the State Defendants proposed that the Attorney General accept service of the summons and complaint for all defendants, effective December 23, 2011. Plaintiff Think Computer Corporation agreed.

The State Defendants then indicated they would seek to continue the initial CMC and also move to strike the complaint, since the corporate plaintiff was not represented by a member of the bar of this Court. In response, Think Computer Corporation indicated that it was retaining counsel, Mr. Michael Brooks Carroll. On January 3, 2012, I spoke with Mr. Carroll, who indicated he would be filing a notice of appearance for plaintiff.

In light of the relatively recent entry of counsel for the State Defendants into this action and the even more recent appearance of counsel for plaintiff Think Computer Corporation, the State Defendants proposed a first-time continuance of the initial CMC, currently set for January 10. I certify that counsel for Think Computer Corporation indicated he would not oppose a continuance to January 31, 2012, at 1:30 p.m. Accordingly, the State Defendants file this application.

Proposed New Schedule

The State Defendants propose a new initial CMC date of January 31, 2012, at 1:30 pm, with the following new deadlines consistent with that continuance: last date to meet and confer on Rule 26 issues and file ADR certification, etc.: January 11; last date to file Rule 26 Report, complete disclosures or file objections, and file CMC Statement: January 24, 2012.

Dated: January 3, 2012

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
PETER SOUTHWORTH
Supervising Deputy Attorney General

/s
PETER SOUTHWORTH
Supervising Deputy Attorney General
*Attorneys for All Defendants*