*E-FILED 01-05-2012*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THINK COMPUTER CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT VENCHIARUTTI, in his official capacity as Deputy Commissioner of the California Department of Financial Institutions; WILLIAM HARAF, in his official capacity as Commissioner of the California Department of Financial Institutions; TRACI STEVENS, in her official capacity as Acting Secretary of the California Business, Transportation and Housing Agency; JACOB A. APPELSMITH, in his official capacity as Senior Advisor to the Governor of the State of California; EDMUND G. BROWN, in his official capacity as Governor of the State of California; and KAMALA HARRIS, in her official capacity as Attorney General of the State of California,<br><br>    Defendants.<br>_____/ | No. C11-05496 HRL<br><br>**ORDER (1) DENYING AS MOOT MOTION FOR ELECTRONIC CASE FILING; (2) DENYING AS MOOT MOTION FOR EXEMPTION FROM LOCAL RULE 3-9(b); AND (3) GRANTING DEFENDANTS' MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>[Re: Docket Nos. 2, 5, 13] |

Counsel having filed an appearance for plaintiff Think Computer Corporation, Aaron Greenspan's motions for permission to e-file and for exemption from Civil Local Rule 3-9 are denied as moot.

Defendants' motion to continue the initial case management conference set for January 10, 2012 (and associated deadlines) is granted as follows:

    January 11, 2012:    Last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR

|   |   |
|---|---|
|   | Certification signed by parties and counsel; and file either a Stipulation to ADR Process or Notice of need for ADR Phone Conference |
| January 24, 2012: | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report, and file Case Management Statement |
| January 31, 2012, 1:30 p.m.: | Initial Case Management Conference |

Additionally, **no later than January 24, 2012, each party must file either** (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Civ. L.R. 73-1. The forms are available from the Clerk of the Court and on the court's website at http://cand.uscourts.gov. Each party is free to decline to proceed before a magistrate judge and to request reassignment to a district judge without adverse substantive consequences. FED. R. CIV. P. 73(b)(2).

SO ORDERED.

Dated: January 5, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

1  5:11-cv-05496-HRL Notice has been electronically mailed to:

2  Michael Brooks Carroll      carroll_law@sbcglobal.net

3  Peter Keller Southworth      Peter.southworth@doj.ca.gov, Julie.gomez@doj.ca.gov

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.