KAMALA D. HARRIS
Attorney General of California
PETER SOUTHWORTH
Supervising Deputy Attorney General
RYAN MARCROFT
Deputy Attorney General
State Bar No. 230952
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 323-5313
  Fax: (916) 324-8835
  E-mail: Ryan.Marcroft@doj.ca.gov
*Attorneys for All Defendants*

*E-FILED January 13, 2012*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **Think Computer Corporation,**<br><br>                       Plaintiff,<br><br>v.<br><br>**ROBERT VENCHIARUTTI, in his official capacity as Deputy Commissioner of the California Department of Financial Institutions; WILLIAM HARAF, in his official capacity as Commissioner of the California Department of Financial Institutions; TRACI STEVENS, in her official capacity as Acting Secretary of the California Business, Transportation and Housing Agency; JACOB A. APPELSMITH, in his official capacity as Senior Advisor to the Governor of the State of California; EDMUND G. BROWN, JR., in his official capacity as Governor of the State of California; and KAMALA HARRIS, in her official capacity as Attorney General of the State of California,**<br><br>                       Defendants. | 5:11-cv-05496-HRL<br><br>**STIPULATION TO EXTEND STATE DEFENDANTS' TIME TO RESPOND TO COMPLAINT**<br>**AND ORDER**<br>Courtroom: 2<br>Judge    The Honorable Howard R. Lloyd<br>Trial Date: Not Set<br>Action Filed: November 14, 2011<br><br>[Re:  Docket No. 15] |

1

1  Plaintiff THINK COMPUTER CORPORATION and Defendants ROBERT
2  VENCHIARUTTI, in his official capacity as Deputy Commissioner of the California Department
3  of Financial Institutions, WILLIAM HARAF, in his official capacity as Commissioner of the
4  California Department of Financial Institutions, TRACI STEVENS, in her official capacity as
5  Acting Secretary of the California Business, Transportation and Housing Agency, JACOB A.
6  APPELSMITH, in his official capacity as Senior Advisor to the Governor of the State of
7  California, EDMUND G. BROWN, JR., in his official capacity as Governor of the State of
8  California, and KAMALA HARRIS, in her official capacity as Attorney General of the State of
9  California (collectively, the "State Defendants"), hereby stipulate that the State Defendants shall
10 have until January 23, 2012 to answer or otherwise respond to plaintiff's complaint.

11 Dated:  January 12, 2012                    Respectfully submitted,

12                                              KAMALA D. HARRIS
                                                Attorney General of California
13                                              PETER SOUTHWORTH
                                                Supervising Deputy Attorney General
14

15

16                                              */s/ Peter Southworth*
                                                PETER SOUTHWORTH
                                                Supervising Deputy Attorney General
17                                              *Attorneys for All Defendants*

18

19

20                                              */s/ Michael Brooks Carroll*
                                                MICHAEL BROOKS CARROLL, ESQ.
21                                              Law Offices of Michael Brooks Carroll
                                                *Attorneys for Plaintiff*
22

23     **Pursuant to stipulation, so ordered.  The initial case management conference is**
24 **continued to February 28, 2012, 1:30 p.m.**

25     **No later than January 24, 2012, each party shall file either a consent or declination**
26 **to proceed before a magistrate judge.**

27 **Dated:  January 13, 2012**

28
                                                2    Howard R. Lloyd
                                                     United States Magistrate Judge
                                                Stipulation To Extend Time (5:11-cv-05496-HRL)