Michael Brooks Carroll (Bar #54904)
Kevin A. Flautt (Bar #257892)
LAW OFFICES OF MICHAEL BROOKS CARROLL
300 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 788-7600
Facsimile: (415) 421-7379
carroll_law@sbcglobal.net

Marvin Cable, Esq. (BBO #680968)
LAW OFFICES OF MARVIN CABLE
P.O. Box 1630
Northampton, MA 01061
Telephone: (413) 268-6500
Facsimile: (413) 268-6500
law@marvincable.com

Attorneys for Plaintiff
THINK COMPUTER CORPORATION

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**San Jose Division**

| | |
|---|---|
| THINK COMPUTER CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT VENCHIARUTTI, in his official capacity as Deputy Commissioner of the California Department of Financial Institutions, *et al.*<br><br>    Defendants. | Case No. CV11-05496-HRL<br><br>**NOTICE OF WITHDRAWAL OF CO-COUNSEL FOR PLAINTIFF THINK COMPUTER CORPORATION**<br><br>**Before the Honorable Howard R. Lloyd**<br><br>**Complaint Filed: November 14, 2011**<br>**First Amended Complaint Filed: January 31, 2012**<br>**Trial Date: None Yet Set** |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE: that pursuant to Local Rule 5-1 (c)(2)(D) and Local Rule 11-5, the Law Offices of Michael Brooks Carroll, co-counsel of record for Plaintiff Think Computer Corporation, hereby provides notice of its request to the Court that such law firm be allowed to withdraw as co-counsel of record for Plaintiff Think Computer Corporation.

Plaintiff Think Computer Corporation expressly consents to such withdrawal as indicated below.

I CONSENT TO THE LAW OFFICES OF MICHAEL BROOKS CARROLL WITHDRAWING AS CO-COUNSEL FOR PLAINTIFF THINK COMPUTER CORPORATION EFFECTIVE IMMEDIATELY

*/s/ Aaron Greenspan*_____
Aaron Greenspan, as President and CEO
of Plaintiff Think Computer Corporation

Dated: February 19, 2013                    Respectfully submitted,

                                            LAW OFFICES OF MICHAEL BROOKS
                                            CARROLL

                                            By: */s/ Kevin A. Flautt*_____
                                            Kevin A. Flautt, Esq.
                                            Attorneys for Plaintiff THINK COMPUTER
                                            CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2013, the foregoing document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be served via first-class mail to those indicated as non-registered participants.

                                            */s/ Kevin A. Flautt*_____

LAW OFFICES OF MICHAEL BROOKS CARROLL
300 Montgomery Street, Suite 650
San Francisco, CA 94104