Michael Brooks Carroll (Bar #54904)
Kevin A. Flautt (Bar #257892)
LAW OFFICES OF MICHAEL BROOKS CARROLL
300 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 788-7600
Facsimile: (415) 421-7379
carroll_law@sbcglobal.net

Marvin Cable, Esq. (BBO #680968)
LAW OFFICES OF MARVIN CABLE
P.O. Box 1630
Northampton, MA 01061
Telephone: (413) 268-6500
Facsimile: (413) 268-6500
law@marvincable.com

Attorneys for Plaintiff
THINK COMPUTER CORPORATION

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**San Jose Division**

| | |
|---|---|
| THINK COMPUTER CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT VENCHIARUTTI, *et al.*,<br><br>  Defendants. | Case No. CV11-05496-HRL<br><br>**DECLARATION OF AARON GREENSPAN IN SUPPORT OF PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>**Before the Honorable Howard R. Lloyd**<br><br>**Complaint Filed: November 14, 2011**<br>**First Amended Complaint Filed: January 31, 2012**<br>**Trial Date: None Yet Set** |

I, Aaron Greenspan, hereby declare:

1. I am the President and CEO of Think Computer Corporation, the plaintiff in this matter. The copies of documents submitted in the concurrent Request for Judicial Notice are true and correct copies.

2. On March 11, 2013 at 2:00 P.M., the California State Assembly Banking and Finance Committee held a hearing entitled, "Emerging Technology and the California Money Transmission Act," in Room 444 of the State Capitol in Sacramento, California. The hearing was digitally videotaped and an official video of the hearing is available on the web site for The California Channel at http://calchannel.granicus.com/MediaPlayer.php?view_id=7&clip_id=990.

3. On information and belief, there is no official transcript of committee hearings of this type, such as a transcript from a court reporter.

4. I personally listened to the audio track of the aforementioned official recording and transcribed the hearing to the best of my ability. I proofread the entire transcript to ensure maximum accuracy. To the best of my knowledge and belief, the transcript accurately records the words spoken at the hearing.

5. With the exception of the hearing transcript, the original physical copies of the documents contained in Exhibits A, B and D, were distributed to the general public at the hearing. The original copies of these documents are in the possession of the State Assembly Banking and Finance Committee, and some may be available on the Committee web site.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 13, 2013 at Palo Alto, California.

*Aaron Greenspan*
Aaron Greenspan

1
DECLARATION OF AARON GREENSPAN IN SUPPORT OF REQUEST FOR JUDICIAL NOTICE - Case No. CV11-05496-HRL