UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THINK COMPUTER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT VENCHIARUTTI, et al.,<br><br>Defendants. | Case No.  11-cv-05496-HRL<br><br>**ORDER RE SUPPLEMENTAL BRIEFING** |

In light of the recent amendments to the Money Transmission Act, Cal. Fin. Code § 2010(l) and § 2040, the court requests supplemental briefing from both parties on how these amendments affect the issues in this case.  In particular, the court is interested in how these amendments affect plaintiff's facial challenges to the constitutionality of the Money Transmission Act, and whether the changes have any impact on plaintiff's as-applied challenges.  The court proposes that plaintiff and defendants each file a supplemental brief and a response.

The court will set a case schedule, including setting dates for filing supplemental briefing, at the case management conference set for March 3, 2015.

**IT IS SO ORDERED**.

Dated: February 26, 2015

_____
Howard R. Lloyd
United States Magistrate Judge

ORDER RE SUPPLEMENTAL BRIEFING
11-cv-05496-HRL                                                1

5:11-cv-05496-HRL Notice has been electronically mailed to:

Michael Brooks Carroll     carroll_law@sbcglobal.net

Michael James Aschenbrener     mja@aschenbrenerlaw.com, legal@thinkcomputer.com

Peter Keller Southworth     Peter.southworth@doj.ca.gov

Ryan Marcroft     Ryan.Marcroft@doj.ca.gov, janice.titgen@doj.ca.gov

ORDER RE SUPPLEMENTAL BRIEFING
11-cv-05496-HRL                              2