UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

THINK COMPUTER CORPORATION,

    Plaintiff,

    v.

ROBERT VENCHIARUTTI, et al.,

    Defendants.

Case No.  5:11-cv-05496 HRL

**ORDER SETTING SUPPLEMENTAL BREIFING DEADLINES**

Based on the discussion at the March 3, 2015 case management conference, the court sets the following supplemental briefing schedule:

Each side's supplemental brief (no more than 15 pages) due by **April 2, 2015**.

Each side's responsive brief (no more than 5 pages) due by **April 17, 2015**.

SO ORDERED.

Dated:  March 3, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:11-cv-05496-HRL Notice has been electronically mailed to:

Michael Brooks Carroll     carroll_law@sbcglobal.net

Michael James Aschenbrener     mja@aschenbrenerlaw.com, legal@thinkcomputer.com

Peter Keller Southworth     Peter.southworth@doj.ca.gov

Ryan Marcroft     Ryan.Marcroft@doj.ca.gov, janice.titgen@doj.ca.gov